AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>**Tycen Proper** | )<br>)<br>)<br>)<br>)<br>) |

Case No. 2:26-mj-371

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   **Tycen Proper**                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371          -Conspiracy to commit an offense against the United States
18 U.S.C. § 1114(a)      -Attempted murder of any officer or employee of the United States
18 U.S.C. § 924(c)       -Possession of a firearm in furtherance of a crime of violence
18 U.S.C. § 924(h)       -Receipt or transfer of a firearm used to commit a felony

Date: ___Jun 12, 2026___                          _____
                                                            Issuing officer's signature

City and state:     **Columbus, Ohio**                    ___Norah McCann King , USMJ___
                                                            Printed name and title

| Return |
|---|
| This warrant was received on (date) _12 Jun 26_ , and the person was arrested on (date) _13 Jun 26_ at (city and state) _Dublin, OH_ . |
| Date: _15 Jun 26_                          _____<br>                                              Arresting officer's signature<br><br>                                              ___SA Brock Flint___<br>                                              Printed name and title |