**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  2:26-MJ-371 |
| vs. | : | |
| TYCEN PROPER, | : | MAGISTRATE JUDGE KING |
| Defendant. | : | |

### <u>MOTION TO WITHDRAW AS ATTORNEY</u>

Rosana E. Brown, counsel of record in the above-captioned case, moves this Court to enter an Order permitting her and the Office of the Federal Public Defender to withdraw as counsel for Defendant, Tycen Proper.  On June 17, 2026, attorney Joseph Patituce entered a notice of appearance on the defendant's behalf.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion to Withdraw as counsel in the above-captioned case.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

<u>/s/ *Rosana E. Brown*</u>
Rosana E. Brown (MD 1405200001)
Assistant Federal Public Defender
10 W. Broad Street, Suite 1020
Columbus, Ohio 43215
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Rosie_brown@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Motion was filed via the Court's Electronic Case Filing (ECF) system, which will send notice to all counsel of record. I further certify that a true and accurate copy of this Motion was sent via regular mail to the Defendant's home address on the date of the filing.

/s/ *Rosana E. Brown*
Rosana E. Brown (MD 1405200001)
Assistant Federal Public Defender