AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Tycen Proper** | ) | Case No. 2:26-mj-371-NMK |
| | ) | |
| *Defendant* | ) | |

FILED
RICHARD W. NAG...
CLERK OF COURT

2026 JUN 29  AM 10: 44

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
ST. DIV. COLUMBUS

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/29/26

*Defendant's signature*

*Signature of defendant's attorney*

**Joseph C. Patituce, 81384**
*Printed name and bar number of defendant's attorney*

16855 Foltz Strongsville, Ohio
*Address of defendant's attorney*

**attorney@patitucelaw.com**
*E-mail address of defendant's attorney*

(440) 471-7784
*Telephone number of defendant's attorney*

(440) 398-0536
*FAX number of defendant's attorney*